UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRANDY WAUGH, | § | No. 4:11-cv-00477 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| FIRSTSOURCE ADVANTAGE, LLC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

<u>NOTICE OF SETTLEMENT</u>

"NOW COMES the Plaintiff, BRANDY WAUGH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  September 16, 2011               KROHN & MOSS, LTD.

By: /s/ Michael S. Agruss_____
Michael S. Agruss (IL SBN: 6281600)
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10 N. Dearborn
3rd  Floor
Chicago, IL 60602
Tel: 323-988-2400 x235
Fax: 866-583-3695
    magruss@consumerlawcenter.com